FILED
2017 JUN 29 PM 12: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>MOISES MARTINEZ<br>DEFENDANT | CASE NUMBER:<br>17 MJ 1486<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/29/17 - 10;30    ☒ AM    ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4. Charges under which defendant has been booked:
   18 USC 2251 - PRODUTION OF CHILD PORNOGRAPHY

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: ___

7. Year of Birth: 1990

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: GEORGE KASOLAS    Phone Number: 408 292-0200

9. Name of Pretrial Services Officer notified: S. SMITH

10. Remarks (if any): ___

11. Name: _[signature]_    (please print)

12. Office Phone Number: 213 620-8320    13. Agency: USMS

14. Signature: _[signature]_    ~~15. Date:~~ 6/29/17

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION