SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0511
    Facsimile: (213) 894-3713
    E-mail:    vanessa.baehr-jones@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 17-MJ-1486-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| MOISES MARTINEZ, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐   1.    Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

    ☐   a.    present offense committed while defendant was on release pending (felony trial),

    ☐   b.    defendant is an alien not lawfully admitted for permanent residence; and

|     |     |     |     |
| --- | --- | --- | --- |
| 1   | ☐ | c. | defendant may flee; or |
| 2   | ☐ | d. | pose a danger to another or the community. |
| 3   | ☒ | 2. | Pretrial Detention Requested (§ 3142(e)) because no |
| 4   |   |   | condition or combination of conditions will reasonably |
| 5   |   |   | assure: |
| 6   | ☒ | a. | the appearance of the defendant as required; |
| 7   | ☒ | b. | safety of any other person and the community. |
| 8   | ☐ | 3. | Detention Requested Pending Supervised Release/Probation |
| 9   |   |   | Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. |
| 10  |   |   | § 3143(a)): |
| 11  | ☐ | a. | defendant cannot establish by clear and convincing |
| 12  |   |   | evidence that he/she will not pose a danger to any |
| 13  |   |   | other person or to the community; |
| 14  | ☐ | b. | defendant cannot establish by clear and convincing |
| 15  |   |   | evidence that he/she will not flee. |
| 16  | ☒ | 4. | Presumptions Applicable to Pretrial Detention (18 U.S.C. |
| 17  |   |   | § 3142(e)): |
| 18  | ☐ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") |
| 19  |   |   | (46 U.S.C. App. 1901 et seq.) offense with 10-year or |
| 20  |   |   | greater maximum penalty (presumption of danger to |
| 21  |   |   | community and flight risk); |
| 22  | ☐ | b. | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or |
| 23  |   |   | 2332b(g)(5)(B) with 10-year or greater maximum penalty |
| 24  |   |   | (presumption of danger to community and flight risk); |
| 25  | ☒ | c. | offense involving a minor victim under 18 U.S.C. |
| 26  |   |   | §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, |
| 27  |   |   | 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), |
| 28  |   |   |   |

| | | | |
|---|---|---|---|
| 1 | ☒ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| | ☒ | f. | serious risk defendant will flee; |
| | ☐ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| | ☐ | 6. | Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____
_____
_____

//
//
//
//
//
//
//
//
//
//
//
//

1  ☐  7.   Good cause for continuance in excess of three days exists in
2          that:
3
4          _____
5          _____
6          _____
7          _____
8  Dated: June 29, 2017            Respectfully submitted,
9                                  SANDRA R. BROWN
                                   Acting United States Attorney
10
                                   LAWRENCE S. MIDDLETON
11                                 Assistant United States Attorney
                                   Chief, Criminal Division
12
13                                 _____
                                   VANESSA BAEHR-JONES
14                                 Assistant United States Attorney
15                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
16