NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649
     Facsimile: (213) 894-2927
     E-mail:    devon.myers@usdoj.gov

LAUREN S. KUPERSMITH
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
      1400 New York Avenue, NW
      Washington, DC 20005
      Telephone: (202) 514-1564
      Facsimile: (202) 514-1793
      Email:     lauren.kupersmith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0404(A)-AB-ALL |
| Plaintiff, | STIPULATION REGARDING DEADLINES ON EXPERT DISCLOSURES AND MOTIONS IN LIMINE |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers, Department of Justice Trial Attorney Lauren S. Kupersmith, and defendants Arlan Wesley Harrell, by and through his counsel of record

Deputy Federal Public Defender Pedro V. Castillo; John Richard Brinson Jr., by and through his counsel of record, Gregory Nicolaysen; and Keith Allen Lawniczak, by and through his counsel of record, Thomas T. Nishi, hereby stipulate as follows:

1. The parties previously agreed to an expert disclosure date of November 25, 2019, and the following deadlines related to motions in limine: motions to be filed on December 2, 2019; oppositions due December 23, 2019, and replies, if any, due January 6, 2020;;

2. The government is preparing plea offers for defendants;

3. The preparation has been delayed because one of the attorneys from the government took leave to address a family emergency;

4. The parties would like to engage in plea negotiations without also having to disclose experts and prepare and file pre-trial motions;

5. The parties, therefore, agree to the following revised deadlines:

    a. Expert disclosures due no later than December 20, 2019;

    b. Motions in limine due December 27, 2019;

    c. Oppositions to motions in limine due January 3, 2020;

    d. Replies, if any, due on January 10, 2020;

    e. The final pretrial conference set for January 17, 2020, at 1:00 p.m. will remain as well as the January 28, 2020, date for trial.

//

//

1    IT IS SO STIPULATED.

2   Dated: November 20, 2019              Respectfully submitted,

3                                         NICOLA T. HANNA
                                          United States Attorney
4
                                          BRANDON D. FOX
5                                         Assistant United States Attorney
                                          Chief, Criminal Division
6

7                                              /s/
                                          DEVON MYERS
8                                         Assistant United States Attorney

9                                         Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
10

11
    Dated: November 20, 2019                  /s/ *authorized by email*
12                                        PEDRO V. CASTILLO
                                          Deputy Federal Public Defender
13
                                          Attorney for Defendant
14                                        ARLAN WESLEY HARRELL

15

16  Dated: November 20, 2019                  /s/ *authorized by email*
                                          GREGORY NICOLAYSEN
17
                                          Attorney for Defendant
18                                        JOHN RICHARD BRINSON JR.

19

20  Dated: November 21, 2019                  /s/ *authorized by email*
                                          THOMAS T. NISHI
21
                                          Attorney for Defendant
22                                        KEITH ALLEN LAWNICZAK

23

24

25

26

27

28