DEVON MYERS(CSBN: 240031)
Assistant United States Attorney
312 N. Spring Street Los Angeles, CA 90012
Tel: (213) 894-0649
Facsimile: (213) 894-2927

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 17-404(A)-AB |
| ARLAN WESLEY HARRELL, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

GOVERNMENT'S EX P ARTE APPLICATION FOR ORDER SEALING DOCUMENT [FILED UNDER SEAL]; PROPOSED ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S SEALED DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S SEALED DOCUMENT [FILED UNDER SEAL](WITH SERVICE ON PARTIES).

(WITH SERVICE ON PARTIES).

Reason

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

January 17, 2020
Date

DEVON MYERS
Attorney Name

United States of America
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (04/14)                     NOTICE OF MANUAL FILING OR LODGING

**CERTIFICATE OF SERVICE**

I, **Sanchez, R.**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT [FILED UNDER SEAL]; PROPOSED ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S SEALED DOCUMENT [FILED UNDER SEAL] (WITH SERVICE ON PARTIES).**

☐ Placed in a closed envelope for collection and **inter-office delivery**, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via **United States mail**, addressed as follows:

☐ By **hand delivery**, addressed as follows:

☐ By **facsimile**, as follows:

☐ By **messenger**, as follows:

☒ By **E-mail**, as follows:
Scott Furstman
scottfurstman@gmail.com

This Certificate is executed on January 17, 2020, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

                                        Rachel Sanchez,
                                        Legal Assistant