TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559/0649
    Facsimile: (213) 894-2927
    E-mail:    devon.myers@usdoj.gov
              kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1301 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    Email:     lauren.kupersmith@usdoj.gov
              kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(A)-AB-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF OVERSIZE SENTENCING POSITION PAPER FOR DEFENDANT MOISES MARTINEZ |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers, hereby applies ex parte for an order permitting the government to file an

oversized sentencing position paper for defendant Moises Martinez.

This ex parte application is based upon the attached declaration of Assistant United States Attorney Devon Myers.

Dated: September 3, 2021          Respectfully submitted,

TRACY L. WILISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

          /s/
DEVON MYERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF DEVON MYERS**

I, Devon Myers, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government respectfully seeks an order of the Court permitting the government to file an oversized Sentencing Position Paper regarding Defendant Moises Martinez.

3. The sentencing position exceeds the 25-page limit set forth in Local Civil Rule 11-6, applicable generally under Local Criminal Rule 57-1.

4. The government's sentencing position is 28 pages in length and addresses a number of significant issues and a lengthy number of facts that are important for the Court to know to impose a sentence here.

5. Pursuant to Local Rule 11-6, parties may submit oversized briefs upon Court order for good cause shown. Accordingly, the government hereby requests such an order.

6. Today, I emailed defense counsel Scott Furstman and he has not responded whether he opposes this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 3, 2021.

*/s/ Devon Ann Myers*
DEVON MYERS