# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 17-00404-AB | Date: September 17, 2021 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Carla Badirian | Chia Mei Jui | Devon A. Myers (video)<br>Lauren S Kupersmith (video)<br>Kyle P Reynolds (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Moises Martinez (video) | √ | √ | | George C Kasolas (video); and<br>Scott Smith Furstman (video) | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)
[Video Conference-Zoom]

Also present is Special Agent (HSI) John Kuzma (video); HSI Research Specialist, Nancy Bravo (video); and Special Agent (FBI) Tim Alon (video).

Defendant consents to proceeding by video.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

The Court sets a Restitution Hearing for January 7, 2022 at 2:00 p.m.

                                                                              2 : 20

Initials of Deputy Clerk    CB