NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG/BRANDON D. FOX
Assistant United States Attorneys
Chiefs, National Security/Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorneys
Cyber & IP Crimes/ Violent & Organized Crime Sections
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649/8559
     Facsimile: (213) 894-2927/3713
     E-mail:    devon.myers@usdoj.gov
                kim.meyer@usdoj.gov

KYLE P. REYNOLDS
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
     1400 New York Avenue, NW
     Washington, DC 20005
     Telephone: (202) 616-2842
     Facsimile: (202) 514-1793
     Email:     kyle.reyonolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(B)-AB-3 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE RESTITUTION HEARING OF DEFENDANT MOISES MARTINEZ |
| v. | |
| ARLAN WESLEY HARRELL, et al., | Current Hearing Date: 1/7/2022 at 2:00 p.m. |
| Defendants. | [PROPOSED] Hearing Date: 2/25/2022 at 2:00 p.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers, and defendant Moises Martinez ("defendant"), by and through his counsel of record Adam F. Doyle, hereby stipulate as follows:

1. One of the victim's family may be relocating out of state, which is causing some logistical challenges with the availability of documentation. Another victim's family requires additional time to collect the necessary materials.

2. The Court indicated at the sentencing hearing that it will order restitution. While 18 U.S.C. § 3664(d)(5) permits a restitution hearing to be set 90 days after sentencing, the Court is not bound to 90 days and can order restitution well beyond that period. United States v. Gushlak, 782 F.3d 184, 191 (2nd Cir. 2013); United States v. Marks, 530 F.3d 799, 811-12 (9th Cir. 2008).

3. Both parties agree that there is good cause for this continuance.

//
//

4. The parties stipulate and respectfully request that the restitution hearing in this matter be continued until February 25, 2022, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: December 10, 2021  Respectfully submitted,

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/ Devon Ann Myers
DEVON MYERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 9, 2021

 /s/ authorized by email
ADAM F. DOYLE
Attorney for Defendant
MOISES MARTINEZ