NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG/BRANDON D. FOX
Assistant United States Attorneys
Chiefs, National Security/Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorneys
Cyber & IP Crimes/ Violent & Organized Crime Sections
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0649/8559
    Facsimile: (213) 894-2927/3713
    E-mail:   devon.myers@usdoj.gov
              kim.meyer@usdoj.gov

KYLE P. REYNOLDS
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1400 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 616-2842
    Facsimile: (202) 514-1793
    Email:   kyle.reyonolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ARLAN WESLEY HARRELL, et al.,<br><br>      Defendants. | No. CR 17-404(B)-AB-3<br><br>[PROPOSED] ORDER CONTINUING RESTITUTION HEARING OF DEFENDANT MOISES MARTINEZ FROM JANUARY 7, 2022, TO FEBRUARY 25, 2022, AT 2:00 P.M. |

    The Court has read and considered the Stipulation to Continue the Restitution Hearing for defendant Moises Martinez (the "Stipulation"), filed by the parties in this matter on December 10,

2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support the continuance of the restitution hearing of defendant Moises Martinez in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN: The restitution hearing of defendant Moises Martinez is continued from January 7, 2022, to February 25, 2022, at 2:00 p.m.

IT IS SO ORDERED.

DATE                                    HONORABLE ANDRÉ BIROTTE, JR.
                                        UNITED STATES DISTRICT JUDGE

Presented by:

*Devon Ann Myers*
DEVON MYERS
Assistant United States Attorney