TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
      1300/1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8559/0649
      Facsimile: (213) 894-2927
      E-mail:    devon.myers@usdoj.gov
                 kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
      1301 New York Avenue, NW
      Washington, DC 20005
      Telephone: (202) 514-1564
      Facsimile: (202) 514-1793
      Email:     lauren.kupersmith@usdoj.gov
                 kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(A)-AB-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF OVERSIZE SENTENCING POSITION PAPER FOR DEFENDANT ARLAN HARRELL |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Devon Myers, hereby
applies _ex parte_ for an order permitting the government to file an

1  oversized sentencing position paper for defendant Moises Martinez.

2      This ex parte application is based upon the attached declaration

3  of Assistant United States Attorney Devon Myers.

4  Dated: February 4, 2022          Respectfully submitted,

5                                   TRACY L. WILISON
                                    United States Attorney
6
                                    CHRISTOPHER D. GRIGG
7                                   Assistant United States Attorney
                                    Chief, National Security Division
8

9                                        /s/
                                    _____
                                    DEVON MYERS
10                                  Assistant United States Attorney

11                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF DEVON MYERS**

I, Devon Myers, declare as follows:

1.    I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California.  I am one of the attorneys representing the government in this case.

2.    The government respectfully seeks an order of the Court permitting the government to file an oversized Sentencing Position Paper regarding Defendant Arlan Harrell.

3.    The sentencing position exceeds the 25-page limit set forth in Local Civil Rule 11-6, applicable generally under Local Criminal Rule 57-1.

4.    The government's sentencing position is 37 pages in length and addresses a number of significant issues and a lengthy number of facts that are important for the Court to know to impose a sentence here.

5.    Pursuant to Local Rule 11-6, parties may submit oversized briefs upon Court order for good cause shown.  Accordingly, the government hereby requests such an order.

6.    Defense counsel Kim Savo emailed me that she does not oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 4, 2022.

_____
DEVON MYERS