Devon Myers (Cal. Bar No. 240031)
Assistant United States Attorney
312 North Spring Street, Los Angeles, California 90012
Telephone: (213) 894-0649; Fax: (213) 894-2927
Email: devon.myers@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-404(B)-AB-3 |
| v. | |
| MOISES MARTINEZ, | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**
Ex parte application to seal; [Proposed] order to seal; Supplemental restitution submission.

**Reason:**
☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| May 26, 2022 | DEVON MYERS |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (04/14)   NOTICE OF MANUAL FILING OR LODGING