| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 21 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50214 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00404-AB-3<br>Central District of California,<br>Los Angeles |
| v. | |
| MOISES MARTINEZ, AKA Docholidaybl, AKA JD, AKA Jester Jacky, AKA Johndoe, | ORDER |
| Defendant-Appellant. | |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 18) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Katherine Henderson
Deputy Clerk
Ninth Circuit Rule 27-7